UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

United States of America                           Criminal # 13-232  (KSH)

    v.

Nigel Farrell                                       **ORDER**

The financial inability of Defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this 7th day of May, 2013

ORDERED that Patrick McMahon, AFPD from the office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent the defendant in the cause until further order of the Court.

                                                                 /s/ Katharine S. Hayden

                                                                 KATHARINE S. HAYDEN
                                                                 United States District Judge